HOUSE v. HOUSTON ICE & BREWING CO. (Circuit Court of Appeals, Fifth Circuit. November 30, 1903.) No. 1,255. Petition to Superintend and Revise Decision of the District Court of the United States for the Southern

District of Texas. Wilmer S. Hunt, for petitioner. Jas. A. Baker, Jr., for respondent. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decision sought to be reviewed seems to be in all respects correct, and the petition herein is dismissed.